GRANTUnited States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOSE JESUS ANTILLON-MENDOZA,<br><br>Defendant. | Case No. 1:26-cr-00011-JLT-SKO;<br>5:25-MJ-00045-CDB<br><br>STIPULATION TO VACATE PRELIMINARY HEARING AND SCHEDULE CHANGE OF PLEA AND SENTENCING; [PROPOSED] ORDER THEREON |

IT IS HEREBY STIPULATED between the parties that the preliminary hearing set for January 29, 2026, can be vacated and a combined change of plea and sentencing hearing can be scheduled for March 2, 2026, at 9:00 a.m., before the Honorable Jennifer L. Thurston.  The parties have cleared this plan with the Court.

///

///

///

The parties agree that time shall be excluded from January 28, 2026, through March 2, 2026, for purposes of defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  January 28, 2026

/s/ Christina Corcoran
Christina Corcoran
Counsel for Jose Jesus Antillon-Mendoza

Dated:  January 28, 2026

/s/ Joseph Barton
Joseph Barton
Assistant United States Attorney

## ORDER

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled for January 28, 2026, is VACATED, and a combined change of plea and sentencing hearing is scheduled for March 2, 2026, at 9:00 a.m., before the Honorable Jennifer L. Thurston. Time shall be excluded from calculation under the Speedy Trial Act between January 29, 2026, and March 2, 2026, inclusive, for purposes of defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **January 29, 2026**

UNITED STATES MAGISTRATE JUDGE