IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE JESUS ANTILLON-MENDOZA,

Defendant.

Case No.:  1:26-CR-00011-001 JLT SKO

ORDER OF RELEASE

The above-named defendant having been sentenced on March 2, 2026, to Time Served, the Court **ORDERS** that the defendant **SHALL** be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  **March 2, 2026**

_____
UNITED STATES DISTRICT JUDGE